**Fill in this information to identify your case:**

Debtor 1  **CARLOS JAVIER SOTO GONZALEZ**
         First Name    Middle Name    Last Name

Debtor 2  _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number  **14-05623 BKT**
(If known)

Check if this is:
☑ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **CONTRACTOR** | _____ |
| **Employer's name** | **KRATOS CONSTRUCCION EN GENI** | _____ |
| **Employer's address** | **PO BOX 143955**<br>Number  Street<br><br>_____<br>_____<br>**ARECIBO, PR 00614-0000**<br>City  State  ZIP Code | _____<br>Number  Street<br><br>_____<br>_____<br>_____<br>City  State  ZIP Code |
| **How long employed there?** | **3 months** | _____ |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **3,250.00** | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ **3,250.00** | $_____ |

Official Form 6I                    **Schedule I: Your Income**                    page **1**

Debtor 1 __CARLOS JAVIER SOTO GONZALEZ__  Case number (*if known*) 14-05623 BKT
First Name  Middle Name  Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ............................................................... → 4. | $ 3,250.00 | $ |

5. **List all payroll deductions:**

| | | |
|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** 5a. | $ 0.00 | $ |
| 5b. **Mandatory contributions for retirement plans** 5b. | $ 0.00 | $ |
| 5c. **Voluntary contributions for retirement plans** 5c. | $ 0.00 | $ |
| 5d. **Required repayments of retirement fund loans** 5d. | $ 0.00 | $ |
| 5e. **Insurance** 5e. | $ 0.00 | $ |
| 5f. **Domestic support obligations** 5f. | $ 0.00 | $ |
| 5g. **Union dues** 5g. | $ 0.00 | $ |
| 5h. **Other deductions.** Specify: _____ 5h. | + $ 0.00 | + $ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.  6.  $ 0.00  $

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $ 3,250.00  $

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a.  $ 0.00  $

   8b. **Interest and dividends**  8b.  $ 0.00  $

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c.  $ 0.00  $

   8d. **Unemployment compensation**  8d.  $ 0.00  $

   8e. **Social Security**  8e.  $ 0.00  $

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____  8f.  $ 0.00  $

   8g. **Pension or retirement income**  8g.  $ 0.00  $

   8h. **Other monthly income.** Specify: __FAMILY HELP__  8h.  + $ 900.00  + $

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  9.  $ 900.00  $

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10.  $ 4,150.00  + $ _____ = $ 4,150.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____  11.  + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies  12.  $ 4,150.00
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☑ No.
    ☐ Yes. Explain: None

Official Form 6I  Schedule I: Your Income  page **2**

IN RE **SOTO GONZALEZ, CARLOS JAVIER**
Debtor(s)

Case No. **14-05623 BKT**
(If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **21** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 23, 2014**     Signature: */s/ CARLOS JAVIER SOTO GONZALEZ*
**CARLOS JAVIER SOTO GONZALEZ**
Debtor

Date: _____     Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| SOTO GONZALEZ, CARLOS JAVIER<br>PO BOX 142776<br>ARECIBO, PR  00614 | FIA CARD SERVICES<br>PO BOX 15019<br>WILMINGTON, DE  19886-5019 |
| Bufete Rivera Colon<br>UU-1 Calle 39 PMB 101 Santa Juanita<br>Bayamon, PR  00956 | FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR  00918-0146 |
| ASUME<br>OFICINA DE PROCURADORES AUXILIARES<br>PO BOX 70376<br>SAN JUAN, PR  00936-8376 | IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 80110<br>CINCINNATI, OH  45280-0010 |
| AT&T<br>PO BOX 536216<br>ATLANTA, GA  30353-6216 | IRS<br>PO BOX 80110<br>CINCINNATI, OH  45280-0010 |
| AT&T<br>KAREN CAVAGNARO<br>ONE AT&T WAY, ROOM 3A104<br>BEDMINSTER, NJ  07921 | POPULAR AUTO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR  00936-6818 |
| BANCO POPUAR DE PR<br>BANKRUPTCY DEPARTMENT<br>P.O BOX 366818<br>SAN JUAN, PR  00936-6818 | POPULAR LEASING<br>PO BOX 363228<br>SAN JUAN, PR  00936-3228 |
| BANCO POPULAR DE PR<br> ATENCION DEPARTAMENTO DE QUIEBRAS<br>PO BOX 366818<br>SAN JUAN, PR  00936-6818 | SCOTIABANK<br>PO BOX 362649<br>SN JUAN, PR  00936-2649 |
| BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR  00936-2689 | SCOTIABANK MORTGAGE<br>PO BOX 362649<br>SAN JUAN, PR  00936-2649 |
| BRENDA LIZ PEREZ ROMERO<br>HC-05 BOX 93971<br>ARECIBO, PR  00612 | |
| COOP A/C ARECIBO COOPACA<br>PO BOX 1056<br>ARECIBO, PR  00613 | |